**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DAYANA SEGURA,

    Plaintiff,

v.                                                      Case No: 8:15-cv-56-T-30TBM

STRYKER SUSTAINABILITY
SOLUTIONS, INC.,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Plaintiff's Motion for Remand (Dkt. #9). The Court notes that Defendant states in Dkt. #11 that it does not object to remanding the Florida Workers' Compensation Retaliation claim (Count I) of the Complaint. Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.    Plaintiff's Motion for Remand (Dkt. #9) is GRANTED.

2.    The Clerk is directed to remand only Count I of the Complaint to the Tenth Judicial Circuit in and for Polk County, Florida, and to provide that Court with a copy of this Order.

3. This case shall proceed with respect to the federal claims (Counts II and III) of the Complaint.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of February, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

S:\Even\2015\15-cv-56 remand 9.docx